**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

FABIAN MAURICE WILLIAMS,                    CASE NO. 25-01950-5-DMW
AUDREY CASSANDRA STEVENS-WILLIAMS,    CHAPTER 13

        DEBTORS

### DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY

Now come the Debtors, by and through undersigned counsel, and respond to the Motion for Relief from Stay (Doc 28), as Amended (Doc 32) filed by Santander Bank, N.A. (hereinafter "creditor") and show the following:

1.      The Debtors acknowledge having fallen behind on payments with the creditor in some amount. The creditor's collateral is necessary to the Debtors' effective reorganization in Chapter 13 as it is a vehicle that Mrs. Williams drives and uses for daily commuting.

2.      The Debtors propose that the post-petition arrears owed to creditor be paid by making additional cure payments in equal installments over a reasonable period of time such as 6 to 9 months. The cure payments would be in addition to normal monthly payments to the creditor.

3.      If the creditor is entitled to fees and costs for the filing of this action, the Debtors propose that said fees and costs be included through the Chapter 13 plan.

WHEREFORE, the Debtors pray the Court that the creditor's motion as amended be denied, that a hearing be set in this matter, and for such other and further relief as the Court deems proper.

Dated: April 20, 2026.

/s/ Travis Sasser
Travis Sasser, State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

## CERTIFICATE OF SERVICE

The foregoing Debtors' Response to Motion for Relief from Stay to be served on the below listed entities, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

Chapter 13 Trustee
***Served Electronically***

Santander Bank, N.A.
Attn: Managing Officer
c/o Eudora F. S. Arthur, Esq.
***Served Electronically***

Dated: April 20, 2026.

/s/ Travis Sasser
Travis Sasser, State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com